# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| RELIANCE STANDARD LIFE INSURANCE COMPANY, Plaintiff, | ) ) ) ) ) | |
| v. | ) ) | No. 3:05-CV-467 |
| CHRISTIN SMITH, Defendant. | ) ) ) | (Phillips) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on cross-motions for summary judgment by the parties. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the parties' motions,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Reliance Standard Life Insurance Company have a constructive trust/equitable lien in the amount of $59,839.72 on the funds in Smith's possession traceable to the overpayment made by Reliance; that this action be **DISMISSED WITH PREJUDICE** on the merits; and that the plaintiff Reliance Standard Life Insurance Company recover of the defendant Christin Smith its costs of action.

Dated at Knoxville, Tennessee, this _____ day of October, 2006.

                                                                         s/ Patricia L. McNutt
                                                                          Clerk of Court